UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JAMES H. BRADY,

                Plaintiff,

   -against-

JOHN GOLDMAN, ESQ., et al.,

                Defendants.

------------------------------------- x

ORDER

16 Civ. 2287 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff James Brady, proceeding *pro se*, moves pursuant to Federal Rule of Civil Procedure 60(b)(2) to be relived from this Court's filing injunction issued on February 3, 2017, which enjoined him from "filing new actions in the Southern District of New York that relate in any way to the cooperative's air rights appurtenant to his cooperative unit at 450 West 31st Street, New York, New York, or the conduct of any attorney, judicial officer, government official, or other third party in relation to such rights." (Letter, ECF No. 91, at 7; Mem. Decision and Order, ECF No. 85, at 3.) Plaintiff's motion is untimely, occurring well beyond the one-year deadline set forth in Federal Rule of Civil Procedure 60(c). It is also meritless. Thus, Plaintiff's motion is **DENIED**.

Dated: New York, New York
       September 17, 2024

                                               SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge