UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JAMES H. BRADY,
                Plaintiff,

      -against-

JOHN GOLDMAN, ESQ., et al.,

                Defendants.
------------------------------------x

ORDER

16 Civ. 2287 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

On October 1, 2024, Plaintiff James Brady, proceeding *pro se*, moved pursuant to Federal Rule of Civil Procedure 60(b) and SDNY Local Rule 6.3 for reconsideration of this Court's September 17, 2024 order, which denied as untimely and meritless his prior motion for relief from this Court's February 3, 2017 filing injunction. (Motion for Reconsideration, ECF No. 99; Order, ECF No. 98.)

There are no grounds or other reason that justifies relief. For the reasons essentially stated in this Court's prior orders, Plaintiff's motion for reconsideration is **DENIED**.

The Clerk of Court is directed to close the open motion at ECF No. 99.

Dated: New York, New York
       May 21, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge